IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT FOR TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                           Cr. No.  05-20129-Ma

MICHAEL ELY,

        Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT REPORT DATE

For good cause shown, and without objection from the government, defendant's request to waive his appearance at the report date set in this case for Tuesday, May 31, 2005 at 2:00 p.m. is hereby **GRANTED**.  Defendant shall not be required to appear, and shall remain on his present bond.

It is so **ORDERED**, this the 13th day of May, 2005.

**HONORABLE SAMUEL H. MAYS**
**UNITED STATES DISTRICT COURT JUDGE**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20129 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT