FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 14 AM 11: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 05-20129-Ma

MICHAEL ELY,

   Defendant.

---

ORDER WAIVING APPEARANCE AT REPORT DATE

---

Before the court is the July 11, 2005, motion of defendant Michael Ely, to waive his appearance at the report date on July 22, 2005.

The defendant's signed waiver of appearance is filed with this order. For good cause shown, Michael Ely's appearance is waived at the report date set on July 22, 2005, based on his written waiver.

It is so ORDERED this 13th day of July, 2005.

/s/ Samuel H. Mays, Jr.
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-15-05

28

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      Cr. No. 05-20129-Ma

MICHAEL ELY,

        Defendant.

## WAIVER OF PERSONAL APPEARANCE AT REPORT DATE

I, Michael Ely, a defendant in this case, and along with my undersigned attorney, hereby acknowledge the following:

I understand I have the right to appear personally with my attorney before a judicial officer for report in open Court on the above-numbered indictment. I further understand that, absent the present waiver, I must appear as directed.

I have conferred with my attorney and fully understand all of the above. I hereby waive my personal appearance at the report date and waive any rights I may have under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

7-11-05
DATE

Michael Ely

Randolph W. Alden
Assistant Federal Defender

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20129 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT