UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                    Cr. No. 05-20129-Ma

MICHAEL ELY,

    Defendant.

---

## ORDER GRANTING DEFENDANT'S
## MOTION TO CONTINUE TRIAL

---

For good cause shown, the trial in this matter is hereby **CONTINUED** to 9-6-05 with a report of Friday, 8-26-05 at 2:00 pm.

Time is excluded under the Speedy Trial Act for Defendant's request for additional time to prepare.

It is so **ORDERED**, this the 8th day of August, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20129 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT