IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20129-Ma

MICHAEL ELY,

    Defendant.

---

### ORDER WAIVING APPEARANCE AT REPORT DATE

Before the court is the August 15, 2005, motion of defendant Michael Ely, to waive his appearance at the report date on August 26, 2005.

The defendant's signed waiver of appearance is filed with this order. For good cause shown, Michael Ely's appearance is waived at the report date set on August 26, 2005, based on his written waiver.

It is so ORDERED this 18th day of August, 2005.

                         SAMUEL H. MAYS, JR.
                         UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           Cr. No. 05-20129-Ma

MICHAEL ELY,

        Defendant.

FILED BY _____ D.C.
05 AUG 18 PM 4: 54
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## WAIVER OF PERSONAL APPEARANCE AT REPORT DATE

I, Michael Ely, a defendant in this case, and along with my undersigned attorney, hereby acknowledge the following:

I understand I have the right to appear personally with my attorney before a judicial officer for report in open Court on the above-numbered indictment. I further understand that, absent the present waiver, I must appear as directed.

I have conferred with my attorney and fully understand all of the above. I hereby waive my personal appearance at the report date and waive any rights I may have under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

8/15/05
DATE

Michael Ely

Randolph W. Alden
Assistant Federal Defender

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CR-20129 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT