IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          No. 05-20129-MA

MICHAEL ELY,

    Defendant.

## ORDER GRANTING PARTIES' JOINT MOTION FOR CONTINUANCE

It is hereby ORDERED that the parties' joint motion to continue the trial in the case of defendant, MICHAEL ELY, currently set for September 12, 2005, is hereby GRANTED, and the case is hereby reset for a report date on Sept., 23, 2005, at 2:00 p.m.

DONE at Memphis, Tennessee, this 9th day of Sept., 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20129 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT