IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -7 AM 6: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.   NO. 05-20129-Ma

MICHAEL ELY,

　　　Defendant.

ORDER WAIVING APPEARANCE AT REPORT DATE

Before the court is the November 3, 2005, motion of defendant Michael Ely, to waive his appearance at the report date on November 23, 2005.

The defendant's signed waiver of appearance was filed with the motion. For good cause shown, Michael Ely's appearance is waived at the report date set on November 23, 2005, based on his written waiver.

It is so ORDERED this 4th day of November, 2005.

　　　　　　　　　　　　　　　　SAMUEL H. MAYS, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-9-05

45

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20129 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT