IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -7 PM 1:52

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-20129-Ma |
| ) | |
| MICHAEL ELY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER ON JURY VERDICT**

This cause came on for trial on December 5, 2005, the United States Attorney for this district representing the government, and defendant, Michael Ely, appearing in person and with appointed counsel, Mr. Randy Alden.

Jurors were selected and sworn and opening statements were presented by counsel. After hearing all proof presented, closing arguments of counsel and jury charge, the jury began deliberations on December 6, 2005. After due deliberation, the jury returned into open court on December 6, 2005 and announced a verdict of **GUILTY** as to Counts 1 and 2 of the Indictment. As to Count 3, the forfeiture count, the jury found that the currency described in Count 3 was involved in a bulk cash smuggling violation.

Sentencing in this matter is set for **Friday, March 17, 2006 at 2:00 p.m.** The defendant may remain on his present bond pending sentencing.

ENTERED this 6th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20129 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT